PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
JUSTIN L. MARTIN, Missouri State Bar No. 62255
    Social Security Administration
    6401 Security Boulevard
    Baltimore, MD 21235-6401
    Telephone: (206) 615-3735
    Email: Justin.L.Martin@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ROSA ISELA RIVERA,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 1:23-cv-00900-JLT-BAM<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE THE ELECTRONIC CERTIFIED ADMINISTRATIVE RECORD AS THE ANSWER TO PLAINTIFF'S COMPLAINT |

    Pending the Court's approval, the parties stipulate through their respective counsel of record that Defendant, the Acting Commissioner of Social Security (the "Commissioner"), shall have a forty-five (45) extension of time to respond to Plaintiff's Complaint in this case from August 14, 2023, up to and including September 28, 2023. In support of this request, the Commissioner respectfully states as follows:

    1. Defendant's response to Plaintiff's Complain is due to be filed by August 14, 2023.

    Defendant has not previously requested an extension of this deadline.

Stip. For Ext; 1:23-cv-00900-JLT-BAM        -1-

2. In accordance with the Federal Rules of Civil Procedures, recently amended to add Supplemental Rules for Social Security review cases under 42 U.S.C. § 405(g), the Commissioner files a certified administrative record (CAR) as the Answer to a Complaint for review. Counsel for the Commissioner has been informed by the client agency, which is the Social Security Administration, Office of Appellate Operations, that the CAR is not fully prepared in this matter.  The client agency therefore needs more time to prepare the CAR for the Court's review.  Accordingly, Defendant requests an extension of 45 days to respond to Plaintiff's Complaint.

3. Counsel for the Commissioner has consulted with Plaintiff's counsel who advised that he has no objections to this extension request.

4. This request is made in good faith and is not intended to delay the proceedings in this matter.

WHEREFORE, Defendant requests until September 28, 2023, to respond to Plaintiff's Complaint.

///

Stip. For Ext; 1:23-cv-00900-JLT-BAM                -2-

Respectfully submitted,

DATE: August 10, 2023

Pena & Bromberg, Attorneys at Law
*/s/ Jonathan Omar Pena\**
JONATHAN OMAR PENA
Attorney for Plaintiff
(*as authorized via email on August 7, 2023)

PHILLIP A. TALBERT
United States Attorney

MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration

DATE: August 10, 2023   By   *s/ Justin L. Martin*
JUSTIN L. MARTIN
Special Assistant United States Attorney

Attorneys for Defendant

## **ORDER**

Pursuant to the parties' stipulation, and good cause appearing, Defendant's request for an extension of time to respond to Plaintiff's Complaint is GRANTED. Defendant shall respond to Plaintiff's Complaint on or before September 28, 2023. All other deadlines in the Court's Scheduling Order are modified accordingly.

IT IS SO ORDERED.

Dated:   **August 10, 2023**        /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE