DOLLY M. TROMPETER, ESQ.
CA Bar ID No. 235784
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 415-271-8604
Fax: 866-282-6709
dolly@dollydisabilitylaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rosa Isela Rivera,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 1:23-cv-00900-BAM<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME |

　　IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from September 13, 2023 to November 13, 2023, for Plaintiff to serve on defendant with PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT.  All other dates in the Court's Scheduling Order shall be extended accordingly.

　　This is Plaintiff's first request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due

on the same week. For the weeks of September 18, 2023 and September 25, 2023, Counsel currently has 11 merit briefs, and several letter briefs and reply briefs. This matter has recently been reassigned and Plaintiff's Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

                                                Respectfully submitted,

Dated: September 5, 2023      PENA & BROMBERG, ATTORNEYS AT LAW

                                     By: */s/ Dolly M. Trompeter*
                                          DOLLY M. TROMPETER
                                          Attorneys for Plaintiff

Dated: September 5, 2023      PHILLIP A. TALBERT
                                          United States Attorney
                                          PETER K. THOMPSON
                                          Acting Regional Chief Counsel, Region IX
                                          Social Security Administration

                                          By:  */s/ Justin Lane Martin*
                                          Justin Lane Martin
                                          Special Assistant United States Attorney
                                          Attorneys for Defendant
                                          (*As authorized by email on September 5, 2023)

# **ORDER**

Pursuant to stipulation, and cause appearing, Plaintiff's request for an extension of time to November 13, 2023, to file her Motion for Summary Judgment is GRANTED. All other deadlines in the Court's Scheduling Order are modified accordingly.

IT IS SO ORDERED.

Dated:   **September 6, 2023**            /s/ *Barbara A. McAuliffe*
                                                          UNITED STATES MAGISTRATE JUDGE