DOLLY M. TROMPETER, ESQ.
CA Bar ID No. 235784
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 415-271-8604
Fax: 866-282-6709
dolly@dollydisabilitylaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rosa Isela Rivera,<br><br>    Plaintiff,<br><br>    vs.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:23-cv-00900-BAM<br><br>STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME |

  Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 14-day extension of time, from December 13, 2023 to December 27, 2023, for Plaintiff to serve on defendant with PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT.  All other dates in the Court's Scheduling Order shall be extended accordingly.

  This is Plaintiff's third request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due several merit briefs

1

being due on the same week. For the weeks of December 11, 2023 and December 18, 2023, Counsel has six merit briefs and one reply brief due, as well as several EAJA petitions to draft. Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

                          Respectfully submitted,

Dated: December 13, 2023     PENA & BROMBERG, ATTORNEYS AT LAW


                          By: */s/ Dolly M. Trompeter*
                              DOLLY M. TROMPETER
                              Attorneys for Plaintiff


Dated:  December 13, 2023    PHILLIP A. TALBERT
                              United States Attorney
                              MATTHEW W. PILE
                              Associate General Counsel
                              Office of Program Litigation, Office 7


                          By:  **/s/ Justin Lane Martin*
                              Justin Lane Martin
                              Special Assistant United States Attorney
                              Attorneys for Defendant
                              (*As authorized by email on  December 13, 2023)

## **ORDER**

Pursuant to stipulation and good cause appearing, on or before **December 27, 2023**, Plaintiff shall file and serve on Defendant Plaintiff's Motion for Summary Judgment.

IT IS SO ORDERED.

Dated: **December 14, 2023**           /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE