A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
MARGARET BRANICK-ABILLA (CABN 223600)
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (510) 970-4809
Email: Margaret.Branick-Abilla@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| ROSA ISELA RIVERA,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. 1:23-cv-00900-JLT-BAM<br><br>STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, with this Court's approval, to extend the time by 31 days, from January 26, 2024 to February 26, 2024, for Defendant to file his Cross-Motion for Summary Judgment. All other dates in this Court's Scheduling Order shall be extended accordingly.

This is Defendant's first request for an extension of time. Plaintiff's counsel does not oppose the requested extension.

The undersigned counsel for the Commissioner respectfully submits that good cause exists for the requested extension.  Due to ongoing staffing fluctuations and organizational changes, the undersigned counsel for the Commissioner has been tasked with additional duties including serving as a jurisdictional coordinator, reviewing other attorneys' work, training and mentoring new attorneys, and handling more cases.  The above-captioned case was recently reassigned to the undersigned, who is responsible for 45 cases pending in District Court and the Ninth Circuit.  As a result, and despite diligent efforts to comply with this Court's Scheduling Order, counsel for the Commissioner needs an extension in the instant case to review the administrative record, consider the issues that Plaintiff has raised, confer with her client as necessary, and prepare the Commissioner's Cross-Motion.

Respectfully submitted,

Dated: January 19, 2024        PENA & BROMBERG, PLC

By:    /s/ Jonathan O. Pena*
       JONATHAN O. PENA
       Attorney for Plaintiff
       [*as authorized by email on Jan. 19, 2024]

Dated: January 22, 2024        PHILLIP A. TALBERT
                               United States Attorney
                               MATHEW W. PILE
                               Associate General Counsel
                               Office of Program Litigation, Office 7

By:    /s/ Margaret Branick-Abilla
       MARGARET BRANICK-ABILLA
       Special Assistant United States Attorney
       Attorneys for Defendant

**ORDER**

Pursuant to the parties' stipulation, and good cause appearing, Defendant shall have an extension, up to and including February 26, 2024, to submit his Cross-Motion for Summary Judgment, with other case deadlines extended accordingly.

IT IS SO ORDERED.

Dated: **January 22, 2024**         /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE